725 A.2d 749

**G.C.P. ENTERPRISES, INC., Petitioner,**

**v.**

**PENNSYLVANIA LIQUOR CONTROL BOARD, Respondent.**

Supreme Court of Pennsylvania.

March 5, 1999.

Martha S. Helmreich, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 5th day of March,1999, the Petition for Allowance of Appeal is GRANTED and the decision of the Commonwealth Court is REVERSED. *See Pennsylvania Liquor Control Board v. Richard E. Craft American Legion Home Corporation,* 553 Pa. 99, 718 A.2d 276 (1998).